**Philip A. Seplow, Esq.**
**Attorney #004859**
**2000 North 7th Street**
**Phoenix, AZ 85006**
**E-Mail: screenwriter2@earthlink.net**
**Phone:(602) 254-8817**
**Fax    (602) 254-0271**

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America ) | Case No.  CR 11-163-PHX-NVW |
| Plaintiff, ) | |
| ) | *EX PARTE* MOTION TO OBTAIN CD OF HEARINGS |
| vs. ) | |
| Jeffery Harbin, ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW the Defendant, Jeffery Harbin, *ex parte*, by and through undersigned counsel, and respectfully moves the Court for its Order allowing the Defendant to obtain CD recordings of his detention hearing and his preliminary hearing under magistrate number 11-3042M.  The magistrate case number remains sealed and the CD recordings cannot be released to defense counsel absent an order from the Court.

RESPECTFULLY SUBMITTED this 28th day of January, 2011.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant

1

CERTIFICATE OF SERVICE

__X__ I hereby certify that on January 28, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    NONE – filed *ex parte*

__X__ I hereby certify that on January 28, 2011, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    NONE

    S/ Philip A. Seplow

2