PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
### FOR THE
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.   Crim. No. CR-11-00163-001-PHX-NVW

JEFFERY MANUEL HARBIN

FILED ___ LODGED
RECEIVED ___ COPY
JUL 2 3 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

On February 7, 2012, the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Michael Lopez
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 22nd day of July, 2014.

The Honorable Neil V. Wake
United States District Judge

cc: Prob.